Respondent removed from office. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARUNDEL CORPORATION, Respondent, v. HAMILTON FIRE INSURANCE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy and O'Malley, JJ.

DUSHAN POPOVICH, Appellant, v. UNITED SOCIETY SRBOBRAN-SLOGA, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JANE HADSELL, Respondent, v. CHESTER N. HADSELL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

TREE-MARK SHOE COMPANY, INC., Respondent, v. JOSEPH SCHWARTZ, Individually and as President of Local No. 1268, International Clerks Protective Association and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ZOE K. AMES, Suing on Behalf of Herself and for the Benefit of All Holders of First Preferred Stock of GODCHAUX SUGARS, INC., etc., Appellant, v. GODCHAUX SUGARS, INC., a Domestic Corporation, Respondent. (Appeal No. 1.) — Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ZOE K. AMES, Suing on Behalf of Herself and for the Benefit of All Holders of First Preferred Stock of GODCHAUX SUGARS, INC., etc., v. GODCHAUX SUGARS, INC., a Domestic Corporation, Respondent. (Appeal No. 2.) — Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

IRVING S. REEVE, Respondent, v. JAMES H. R. CROMWELL, Appellant, Impleaded with Others, Defendants. JAMES H. R. CROMWELL, Plaintiff, v. IRVING S. REEVE and Others, Defendants.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and the motion as to item (c) in paragraph 6, item (c) in paragraph 15, and item (c) in paragraph 20 granted. The verified bill of particulars to be served within ten days after service of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of L. M. BERKELEY, Appellant, against HUGH H. MASTERSON, Clerk of the Municipal Court, Seventh Manhattan District, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ADOLPH SCHENKER, Appellant, v. ELICK LOWITZ and Others, Respondents. ELICK LOWITZ and Others, Plaintiffs, v. ADOLPH SCHENKER, Defendant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of 351–359 WEST 42D STREET Co., INC., Appellant, against COMMODORE ATHLETIC CLUB, INC., Defendant, Impleaded with CENTMILLE HOLDING CORPORATION, Respondent, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.